986

No. 78–1253.  BECKERS ET AL. *v.* INTERNATIONAL SNOWMOBILE INDUSTRY ASSN. ET AL. C. A. 8th Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.*

No. 78–5932.  RETZ *v.* RETZ.  Ct. App. Ohio, Montgomery County.  Certiorari denied.  MR. JUSTICE BRENNAN and MR. JUSTICE STEWART would grant certiorari.

No. 78–6166.  BANKS *v.* GLASS, SHERIFF.  Sup. Ct. Ga. Certiorari denied.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 78–6196.  SHOWKER *v.* GEORGIA.  Ct. App. Ga. Certiorari denied.  MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would grant certiorari and reverse the conviction.

No. 78–5871.  YAMINE *v.* FORD MOTOR Co., *ante,* p. 923;

No. 78–5883.  LEDESMA *v.* COLEMAN, U. S. CIRCUIT JUDGE, ET AL., 439 U. S. 1132; and

No. 78–5962.  DAVIS ET AL. *v.* ESTELLE, CORRECTIONS DIRECTOR, *ante,* p. 925.  Petitions for rehearing denied. ·

---

*See also note, *supra,* p. 977.